## AMERICAN BOND AND MORTGAGE COMPANY ET AL. *v.* UNITED STATES.

No. 210. Argued December 5, 1930.—Decided January 5, 1931.

*Mr. George W. Swain,* with whom *Messrs. Frank H. Scott* and *Edward B. Hayes* were on the brief, for American Bond and Mortgage Company et al.

*Solicitor General Thacher,* with whom *Messrs. Charles H. Weston* and *William G. Davis,* Special Assistants to the Attorney General, were on the brief, for the United States.

MR. JUSTICE ROBERTS delivered the opinion of the Court.

The same Circuit Court of Appeals which certified questions in *White* v. *Johnson, ante,* p. 367, also certified six questions in this case. While they are differently phrased, they are in substance the same.

Here a suit in equity was brought by the United States to restrain the proprietor of a broadcasting station from disregarding an order of the Federal Radio Commission, revoking its license, and from operating in defiance of the provisions of the Radio Act. As in the other case, the appellants admittedly failed to avail themselves of the right of appeal afforded by the Act.

The reasons stated in the *White* case for not answering the questions therein certified apply here.

*The certificate is dismissed.*